142 So. 102
## FIRST NATIONAL BANK OF DOTHAN v WESTERN UNION TELEGRAPH CO.
### 4 Div. 646.

Supreme Court of Alabama.
May 26, 1932.

■

Farmer, Merrill & Farmer, of Dothan, for petitioner.

Francis R. Stark, of New York City, and Rushton, Crenshaw & Rushton, of Montgomery, opposed.

**PER CURIAM.**

Petition of the First National Bank of Dothan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in First Nat. Bank of Dothan v. Western Union Tel. Co., 142 So. 99.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.